# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUSSELL PAYTON

NO. 2021 KW 0904

NOVEMBER 5, 2021

---

In Re:     Russell Payton, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-94-0047.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
dismissed relator's application for postconviction relief on
October 5, 2021.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT